IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

AVERUS, INC., and
MICHAEL SHANK,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 35) is GRANTED finding good cause shown.  The Stipulated Protective Order (docket no. 35-1) is APPROVED and made an Order of Court.

Date: September 29, 2014