IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

        Plaintiff,

v.

AVERUS, INC.;
MICHAEL SHANK

        Defendants.
_____

**PLAINTIFF'S NOTICE OF FILING OF THE
FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**
_____

Plaintiff Alfonso Avendano ("Plaintiff"), by his counsel and in accordance with Federal Rule of Civil Procedure 15(a)(2) and D.C.COLO.LCivR 15.1(a), respectfully submits this Notice of Filing of the First Amended Class and Collective Action Complaint. In support of this Notice, Plaintiff states the following:

    1.    Plaintiff's undersigned counsel certifies that the parties have conferred in good faith and Defendants, through their counsel, Antonio Caldarone, has consented to the filing of the First Amended Class and Collective Action Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

    2.    Plaintiff has not previously amended his Complaint. The filing of a First Amended Class and Collective Action Complaint at this time will not interfere with any hearings or trial. No party will be prejudiced by its filing.

    3.    A copy of the First Amended Class and Collective Action Complaint, which strikes through the text to be deleted and underlines the text to be added, is attached hereto as Exhibit A in accordance with D.C.COLO.LCivR 15.1(a).

2

4. A clean copy of the First Amended Class and Collective Action Complaint is attached hereto as Exhibit B.

Dated: December 4, 2014.

                                        Respectfully submitted,

                                        /s/Alexander Hood

                                        Alexander Hood
                                        Towards Justice
                                        601 16th St., Suite C #207
                                        Golden, CO  80401
                                        alex@towardsjustice.org

## **Certificate of Service**

I hereby certify that on 12/4/2014, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Attorneys for Defendants

Antonio Caldarone
Amy L. Miletich
Brendan Benson

s/ Alexander Hood
Alexander Hood
