IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

AVERUS, INC., and
MICHAEL SHANK,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order to Extend the Phase One Discovery (Docket No. 47) is granted.  The Scheduling Order (Docket No. 33) is thus amended as follows.  The deadline to complete phase one discovery is extended up to and including March 20, 2015.  The deadline for plaintiff to file a motion for class certification is extended up to and including April 10, 2015.

Date: February 3, 2015