# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

    Plaintiff,

v.

AVERUS, INC. *et al.*

    Defendants.

---

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE ANY MOTION FOR CLASS CERTIFICATION; TO TOLL THE FLSA STATUTE OF LIMITATIONS FOR ALL OPT-IN CLASS MEMBERS; AND FOR AN EXTENSION OF TIME FOR THE PARTIES TO JOINTLY SUBMIT A FLSA OPT-IN NOTICE**

---

COMES NOW the Plaintiff, with the following Motion:

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.Colo. L.R. 7.1(A)

Plaintiffs' counsel conferred with Defendants' counsel prior to filing this Motion. Defendants do not oppose this Motion.

The Court's recent ruling regarding the certification of a FLSA opt-in class [Doc. 51] has opened the door to a possible avenue for settlement between all parties. In order to avoid potentially needless litigation expenses while this avenue is explored, the Plaintiffs request the following:

1. that the scheduling order's current 4/10/2015 deadline for the Plaintiffs to file motions for class certification be extended 35 days to 5/15/2015;

2. that the FLSA statute of limitations be tolled for all members of the certified opt-in class from 3/31/2015 (the date the FLSA class was conditionally certified) to 5/15/2015; and

2

3. that the current 4/14/2015 deadline for the parties to jointly submit a FLSA opt-in notice (set in the 3/31/2015 certification order) be extended to 5/15/2015.

Dated: 4/8/15

Respectfully submitted,

s/Alexander Hood_____
Towards Justice
601 16th St., Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org
Attorney for the Plaintiffs

## Certificate of Service

I hereby certify that on 4/8/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Attorneys for Defendants

Antonio Caldarone
Amy L. Miletich
Brendan Benson

s/ Alexander Hood

Alexander Hood