## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

      Plaintiff,

v.

AVERUS, INC. *et al.*

      Defendants.

---

### UNOPPOSED MOTION TO STAY PROCEEDINGS AND TOLL FLSA STATUTE OF LIMITATIONS PENDING SETTLEMENT

---

COMES NOW, the Plaintiff, with the following Motion:

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.Colo. L.R. 7.1(A)

Plaintiffs' counsel conferred with Defendants' counsel prior to filing this Motion. Defendants do not oppose this Motion.

On 4/9/2015, the Court entered the following order [Doc. 53]:

> ORDER GRANTING [52] Unopposed Motion for Extension of Time. Plaintiffs shall have up to and including 5/15/2015 to file motions for class certification; the FLSA statute of limitations is tolled for all members of the certified opt-in class from 3/31/2015 to 5/15/2015; and the current 4/14/2015 deadline for the parties to jointly submit an FLSA opt-in notice is extended until 5/15/2015.

That extension was granted so that the parties could explore the possibility of settlement. The parties are currently engaged in exchanging and analyzing voluminous pay and time records in advance of exchanging settlement offers. In order to allow that process to continue, the parties respectfully request that:

1

1. All deadlines, including scheduling order deadlines, in this case be stayed;

2. The FLSA statute of limitations for the members of the certified opt-in class continue to be tolled from 3/31/2015 to June 15, 2015; and

3. The parties be required to file a status update on or before June 15, 2015.

Dated: 5/15/15                     Respectfully submitted,

s/Alexander Hood
Towards Justice
601 16th St., Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org
Attorney for the Plaintiffs

3

## Certificate of Service

      I hereby certify that on 5/15/15, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Attorneys for Defendants

Antonio Caldarone
Amy L. Miletich
Brendan Benson

                                            s/ Alexander Hood

                                            Alexander Hood