## DECLARATION OF ALFONSO AVENDANO

I, Alfonso Avendano, am at least 18 years old, and the following is true based on my personal knowledge:

1. I have reviewed my prior declarations in this case, and everything I said in them is still true.

2. I have not worked for Averus or Michael Shank since I filed this case.

3. Part of my job responsibilities for Averus included driving an Averus-owned van that included large equipment for cleaning kitchen exhaust hoods.

4. I drove this van from home to worksites at the beginning of my shifts—often picking up my "helper" along the way—and from worksites or Averus's Denver office to home at the end of my shifts.

5. Based on my understanding, other than rare occasions when Michael Shank told me to use the van for something else, I was not allowed to use the van for any purpose other than driving from home to worksites, then between worksites, and then from worksites or Averus's Denver branch to home at the end of a shift.

6. During the time I worked for Michael Shank and Averus, I was never paid for all of the hours that I drove from my house to my first worksite at the beginning of my shifts and from the last worksite or Averus's office in Denver to my house at the end of my shifts.

7. While working for Averus, I drove between Averus's customers to clean their kitchen exhaust hoods.

8. Frequently, I would have to wait at the customer site before cleaning because the customer was not ready for me to clean.

9. This waiting time was often one or two hours or more.

10. I did not think of the time waiting at restaurants to be break time. I was not allowed to leave the customer site or use this time for my personal purposes, and because I knew that I would have to arrive at the next restaurant site on time, I often used this time to prepare my equipment.

11. During the entire time I worked for Averus, I was not paid for all of the time that I spent waiting at restaurants to clean their kitchen exhaust hoods.

12. Based on my personal knowledge, no other Driver or Helper has brought a case against Averus or Michael Shank for unpaid wages.

1

13. Based on my personal knowledge and experience, most of Averus's Drivers and Helpers do not speak English as their first language.

I declare under penalty of perjury that the above statements are true to the best of my knowledge.

Executed on 10/27/15
(Date)

_____
Alfonso Avendano