**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

    Plaintiff,

v.

AVERUS, INC. *et al.*

    Defendants.

---

**NOTICE OF FLSA OPT-IN**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Michael Anderson is opting-in to this suit as a party plaintiff to the Fair Labor Standards Act claim with his Consent to Join form attached below.

| | |
|---|---|
| Dated: December 24, 2015 | Respectfully Submitted, |
| | s/Alexander Hood |
| | Alexander Hood |
| | Towards Justice |
| | 1535 High Street, Suite 300 |
| | Denver, CO 80218 |
| | Tel.: 720-239-2606 |
| | Fax: 303-957-2289 |
| | Email: alex@towardsjustice.org |

2

## Certificate of Service

      I hereby certify that on December 24, 2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*
Antonio Caldarone
Amy L. Miletich
Brendan Benson

                                                                s/ Alexander Hood
                                                                Alexander Hood

## CONSENT TO JOIN TO BE A PARTY PLAINTIFF

In order for you to join this case, you must complete, sign and mail or email this form to Towards Justice by **2/12/2016.**

1. By signing below, I represent to the Court that I worked at a Lead Service Technician or Service Technician for Averus, Inc. at its Denver branch and that I was not paid for all hours worked, including when overtime hours worked in excess of 40 in a week. I hereby consent, agree and opt-in to become a Plaintiff in case number 14-cv-01614-CMA-MJW currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid minimum wage and overtime from my current/former employer, Averus, Inc. and its agent, Michael Shank. I authorize the attorneys at Towards Justice to file this form on my behalf so that I may join the lawsuit.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action agreed to by the Plaintiff Alfonso Avendano in this lawsuit and approved by the Court.

3. I hereby designate Alfonso Avendano and Alexander Hood, Edward Siegel, and David Seligman of Towards Justice to represent me in this action, to make decisions on my behalf concerning the method and manner of conducting this lawsuit, negotiate the terms of settlement on my behalf, entering into the attorney fee and cost agreement described in the **NOTICE OF LAWSUIT**, and all other matters pertaining to this lawsuit.

SIGNATURE: _Michael_    DATE: 12-18-15

PRINTED NAME: Michael S. Anderson

ADDRESS: 12555 E Tennessee Cir. #302
Aurora CO. 80012

PHONE: 720-789-0470

Return this completed form by 2/12/2016 to Towards Justice in one of the following ways:

By Email to: alex@towardsjustice.org
By Fax to: 303-957-2289
By Mail to: Towards Justice
1535 High St., Suite 300
Denver, CO 80218