**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

    Plaintiff,

v.

AVERUS, INC. *et al.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that <u>Jovan Gonzalez, Dominic Stapel, Robert Gonzalez, and Daniel S. Mora</u> are opting-in to this suit as a party plaintiffs to the Fair Labor Standards Act claim with their Consent to Join forms attached below.

Dated: 1/28/16

Respectfully Submitted,

<u>s/Alexander Hood</u>
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

1

2

## Certificate of Service

I hereby certify that on 1/28/16, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*
Antonio Caldarone
Amy L. Miletich
Brendan Benson

                                           s/Alexander Hood
                                           Alexander Hood

## CONSENT TO JOIN TO BE A PARTY PLAINTIFF

In order for you to join this case, you must complete, sign and mail or email this form to Towards Justice by **2/12/2016.**

1. By signing below, I represent to the Court that I worked at a Lead Service Technician or Service Technician for Averus, Inc. at its Denver branch and that I was not paid for all hours worked, including when overtime hours worked in excess of 40 in a week. I hereby consent, agree and opt-in to become a Plaintiff in case number 14-cv-01614-CMA-MJW currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid minimum wage and overtime from my current/former employer, Averus, Inc. and its agent, Michael Shank. I authorize the attorneys at Towards Justice to file this form on my behalf so that I may join the lawsuit.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action agreed to by the Plaintiff Alfonso Avendano in this lawsuit and approved by the Court.

3. I hereby designate Alfonso Avendano and Alexander Hood, Edward Siegel, and David Seligman of Towards Justice to represent me in this action, to make decisions on my behalf concerning the method and manner of conducting this lawsuit, negotiate the terms of settlement on my behalf, entering into the attorney fee and cost agreement described in the NOTICE OF LAWSUIT, and all other matters pertaining to this lawsuit.

SIGNATURE: _/s/_ DATE: 1/28/16

PRINTED NAME: Jovan Gonzalez

ADDRESS: 3086 S Uravan St

Aurora Co 80013

PHONE: 303 356 9430

Return this completed form by 2/12/2016 to Towards Justice in one of the following ways:
By Email to:  alex@towardsjustice.org
By Fax to:    303-957-2289
By Mail to:   Towards Justice
              1535 High St., Suite 300
              Denver, CO 80218

## CONSENT TO JOIN TO BE A PARTY PLAINTIFF

In order for you to join this case, you must complete, sign and mail or email this form to Towards Justice by **2/12/2016.**

1. By signing below, I represent to the Court that I worked at a Lead Service Technician or Service Technician for Averus, Inc. at its Denver branch and that I was not paid for all hours worked, including when overtime hours worked in excess of 40 in a week. I hereby consent, agree and opt-in to become a Plaintiff in case number 14-cv-01614-CMA-MJW currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid minimum wage and overtime from my current/former employer, Averus, Inc. and its agent, Michael Shank. I authorize the attorneys at Towards Justice to file this form on my behalf so that I may join the lawsuit.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action agreed to by the Plaintiff Alfonso Avendano in this lawsuit and approved by the Court.

3. I hereby designate Alfonso Avendano and Alexander Hood, Edward Siegel, and David Seligman of Towards Justice to represent me in this action, to make decisions on my behalf concerning the method and manner of conducting this lawsuit, negotiate the terms of settlement on my behalf, entering into the attorney fee and cost agreement described in the NOTICE OF LAWSUIT, and all other matters pertaining to this lawsuit.

SIGNATURE: _[signature]_      DATE: 1-28-16

PRINTED NAME: Dominic Stapel

ADDRESS: 3086 S URAVAN St

Auroura CO, 80013

PHONE: 720-633-2897

Return this completed form by 2/12/2016 to Towards Justice in one of the following ways:

By Email to: alex@towardsjustice.org
By Fax to: 303-957-2289
By Mail to: Towards Justice
1535 High St., Suite 300
Denver, CO 80218

## CONSENT TO JOIN TO BE A PARTY PLAINTIFF

In order for you to join this case, you must complete, sign and mail or email this form to Towards Justice by **2/12/2016.**

1. By signing below, I represent to the Court that I worked at a Lead Service Technician or Service Technician for Averus, Inc. at its Denver branch and that I was not paid for all hours worked, including when overtime hours worked in excess of 40 in a week. I hereby consent, agree and opt-in to become a Plaintiff in case number 14-cv-01614-CMA-MJW currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid minimum wage and overtime from my current/former employer, Averus, Inc. and its agent, Michael Shank. I authorize the attorneys at Towards Justice to file this form on my behalf so that I may join the lawsuit.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action agreed to by the Plaintiff Alfonso Avendano in this lawsuit and approved by the Court.

3. I hereby designate Alfonso Avendano and Alexander Hood, Edward Siegel, and David Seligman of Towards Justice to represent me in this action, to make decisions on my behalf concerning the method and manner of conducting this lawsuit, negotiate the terms of settlement on my behalf, entering into the attorney fee and cost agreement described in the NOTICE OF LAWSUIT, and all other matters pertaining to this lawsuit.

SIGNATURE: _(signed)_   DATE: 1/28/2016

PRINTED NAME: Robert Gonzalez

ADDRESS: 1985 S. Peoria St

Aurora, CO 80014

PHONE: 720-829-9739

Return this completed form by 2/12/2016 to Towards Justice in one of the following ways:
**By Email to:** alex@towardsjustice.org
**By Fax to:** 303-957-2289
**By Mail to:** Towards Justice
1535 High St., Suite 300
Denver, CO 80218

## CONSENT TO JOIN TO BE A PARTY PLAINTIFF

In order for you to join this case, you must complete, sign and mail or email this form to Towards Justice by **2/12/2016.**

1. By signing below, I represent to the Court that I worked at a Lead Service Technician or Service Technician for Averus, Inc. at its Denver branch and that I was not paid for all hours worked, including when overtime hours worked in excess of 40 in a week. I hereby consent, agree and opt-in to become a Plaintiff in case number 14-cv-01614-CMA-MJW currently pending in the United States District Court for the District of Colorado and brought under the Fair Labor Standards Act to recover unpaid minimum wage and overtime from my current/former employer, Averus, Inc. and its agent, Michael Shank. I authorize the attorneys at Towards Justice to file this form on my behalf so that I may join the lawsuit.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action agreed to by the Plaintiff Alfonso Avendano in this lawsuit and approved by the Court.

3. I hereby designate Alfonso Avendano and Alexander Hood, Edward Siegel, and David Seligman of Towards Justice to represent me in this action, to make decisions on my behalf concerning the method and manner of conducting this lawsuit, negotiate the terms of settlement on my behalf, entering into the attorney fee and cost agreement described in the NOTICE OF LAWSUIT, and all other matters pertaining to this lawsuit.

SIGNATURE: *Daniel Mora*   DATE: 1/28/16

PRINTED NAME: Daniel S. Mora

ADDRESS: 1703 E. Ohio Place

Aurora, CO 80017

PHONE: (720) 979-7529

Return this completed form by 2/12/2016 to Towards Justice in one of the following ways:
- **By Email to:** alex@towardsjustice.org
- **By Fax to:** 303-957-2289
- **By Mail to:** Towards Justice
  1535 High St., Suite 300
  Denver, CO 80218