IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated

    Plaintiff,

v.

AVERUS, INC. *et al.*

    Defendants.

**NOTICE WITHDRAWING MOTION FOR A PROTECTIVE ORDER [ECF DOC. 84]**

Plaintiff hereby notifies the Court and all parties of record that he is withdrawing his Motion for a Protective Order, ECF Doc. 84. The principal relief sought in the Motion has been achieved through other means. The statute of limitations for the Denver employees has been tolled by the certification of the Denver class, *see American Pipe & Constr. Co. v. Utah,* 414 US 538 (1974), and the notice to the recently-certified national class, submitted to the Court for approval yesterday, includes corrective notice on the immigration issue, bold and capitalized:

> **YOU MAY JOIN THIS LAWSUIT REGARDLESS OF YOUR IMMIGRATION STATUS AND YOU CANNOT BE FIRED OR RETALIATED AGAINST IN ANY WAY, INCLUDING CALLING IMMIGRATION, FOR JOINING THIS LAWSUIT.**

ECF Doc. 95-1 at 2.

Plaintiff recognizes that the coerced declarations remain in the record, and he still believes that they should be given no weight by the Court. But that issue is not time-sensitive, can be litigated as the case progresses, and does not warrant the immediate

hearing on the Motion contemplated by the Court.

                                                <u>s/Alexander Hood</u>
Alexander Hood
David Seligman
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

3

**Certificate of Service**

       I hereby certify that on October 18, 2016, I filed the forgoing using the Court's CM/ECF system and this caused all parties that have appeared to be served pursuant to Fed. R. Civ. P. 5.

                                           <u>s/Alexander Hood</u>
                                           Alexander Hood