IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated,

 Plaintiff,

v.

AVERUS, INC., and
MICHAEL SHANK,

 Defendants.

___

**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT**
___

  This matter is before the Court on the Parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement. (Doc. # 132.)

  For the reasons set forth in the Joint Motion, this Court hereby grants preliminary approval of the Settlement Agreement, filed with this Court as Exhibit 1 to the Joint Motion (Doc. # 132-1). Given the procedural posture of this case, the Settlement Agreement is preliminarily approved as fair, reasonable, and adequate, and therefore:

- The Joint Motion (Doc. # 132) is GRANTED.

- The Court APPROVES the Notices of Class Settlement, attached as Exhibits 2 and 3 to the Joint Motion. (Doc. ## 132-2, 132-3.)

- The Court APPROVES Optime Administration, LLC as the settlement administrator. Optime shall administer the settlement consistent with the terms of the Settlement Agreement. (Doc. # 132-1.)

Accordingly, the Court sets the following deadlines and FURTHER ORDERS that:

| | |
|---|---|
| Settlement Payment | **According to payment plan described in the Settlement Agreement** |
| Parties Class Names and Contact Information to Settlement Administrator | **Within 7 days** of **Preliminary Approval** |
| Notice Distributed by Mail | **Within 14 days** of **Preliminary Approval** |
| Notice Published | **Within 21 days** of **Preliminary Approval** |
| Objection Deadline | **77 days** after **Preliminary Approval** |
| Settlement Administrator Provides Calculations of Payments to all Class Members and Reports to Parties' Counsel | **91 days** after **Preliminary Approval** |
| Final Approval and Fairness Hearing | **March 30, 2018, at 10:00 a.m.** |
| Effective Date | **Expiration of Possible Appeals to the Final Approval Order** |

- Any member of the Class may appear at the Final Approval Hearing and show cause, if any, why: (a) the proposed settlement of this lawsuit should or should not be approved as fair, reasonable, and adequate; (b) attorneys' fees and costs should or should not be awarded to Class Counsel; and/or (c) why the Named Plaintiff should not receive a service award. However, no member of the Class or any other person shall be heard or entitled to contest the approval unless that person has submitted written objections in accordance with the provisions for doing so in the Agreement.

- Any member of the Class who does not timely file and serve his or her objection in the manner provided in the Agreement shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed settlement as incorporated in the Agreement, any award of attorneys' fees and costs awarded to Class Counsel, and the service award to the Named Plaintiff, unless otherwise ordered by the Court.

- Plaintiffs' Motion for Final Approval of the Settlement Agreement is due by May 14, 2017.

- Class Counsel shall file their motion for Attorneys' Fees, Costs, Settlement Administration Costs, and a Service Award to the Class Representative by May 14, 2017; and

- A final hearing on the Joint Motion for Final Approval and Motion for Attorney's Fees is scheduled for March 30, 2018, at 10:00 a.m. in Courtroom A602 of the Alfred A. Arraj United States Courthouse.

DATED: December 5, 2017                BY THE COURT:

                                       *(signature)*

                                       CHRISTINE M. ARGUELLO
                                       United States District Judge