**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, *ET AL.*;

    Plaintiffs,

v.

AVERUS, INC., *ET AL.*;

    Defendants.

---

**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT (DOC. # 139) AND PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS (DOC. # 140)**

---

THE COURT, having considered the Joint Motion for Final Approval of Proposed Class and Collective Action Settlement and Plaintiffs' Motion for Attorney's Fees and Costs (Docs. ## 139, 140) (together, the "Motions") submitted by Plaintiff Avendano and Defendants Averus, Inc. ("Averus") and Michael Shank, and having considered the relevant facts and law, hereby finds and ORDERS as follows:

1. The Motions (Doc. ## 139 and 140) are GRANTED.

2. The Settlement Agreement (Doc. # 138-1) is APPROVED.  The Court finds the Settlement to be fair, adequate, and reasonable to the Settlement Class Members.

3. The Court held a hearing on March 30, 2018 to consider whether to finally approve the Final Class and Collective Action Settlement Agreement (the "Agreement")

submitted by the parties. (Doc. # 138-1) (executed agreement).

4. Notice to the class of the hearing and the opportunity to object to the Agreement was properly given by the Class Administrator by mailing and publication.

5. No class members timely objected to the class settlement and no class members appeared at the hearing.

6. The Court finds that the Agreement is fair and reasonable pursuant to Fed. R. Civ. P. 23(e) and 29 U.S.C § 216.

7. The FLSA class conditionally certified by this Court (Doc. ## 51, 92) is finally certified.

8. Mr. Avendano is awarded an $8,000.00 service award from the class fund.

9. Plaintiffs' attorneys are awarded $150,000.00 in attorney's fees and $18,439.96 in costs from the class fund.

10. The Class Administrator shall be entitled to fees and costs from the class fund not to exceed $16,000.00.

11. The Parties and the Class Administrator shall complete their obligations pursuant to the Agreement, including the filing of a final accounting and dismissal when the class fund has been fully distributed.

12. As to members of the FLSA and Rule 23 class members, this case is hereby DISMISSED WITH PREJUDICE.

DATED:  March 30, 2018                    BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge